UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONNA MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO: 4:24-cv-282 |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| OLD TIME POTTERY, LLC, | ) |
| | ) |
| Defendant. | ) |

### NOTICE TO PLAINTIFF

TO:   William K. Holland
      Holland Injury Law, LLC

**PLEASE TAKE NOTICE** that Defendant on February 23, 2024, filed in the United States District Court for the Eastern District of Missouri, Eastern Division, a Notice of Removal of the case of *Donna Miller v. Old Time Pottery, LLC,* Cause No. 24SL-CC00208, from the Circuit Court of St. Louis County, Missouri.

/s/ Robert J. Wulff
Robert J. Wulff, #34081MO
Evans & Dixon, L.L.C.
211 North Broadway, Suite 2500
St. Louis, Missouri  63102
(314) 552-4054 Direct Line
(314) 884-4454 Direct Fax
rjwulff@evans-dixon.com

Attorney for Defendant

### CERTIFICATE OF SERVICE

I certify that on February 23, 2024, I electronically filed this Notice of Filing of Notice of Removal with the Clerk of Court using the CM/ECF system (in federal court) which will send notification of such filing to all parties/attorneys of record.

/s/ Robert J. Wulff